**CHUN YAN CHEN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Respondent.**

**No. 09–3718.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 14, 2010.

Filed: July 20, 2010.

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

Jed S. Wasserman, Kuzmin & Associates, New York, NY, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Allison Frayer, Susan Bennett Green, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Chun Yan Chen, a citizen of China, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her April 2009 motion to reopen. After careful review, we conclude that the BIA acted within its discretion. *See Averianova v. Holder,* 592 F.3d 931, 936–37 (8th Cir. 2010); *Zhong Qin Zheng v. Mukasey,* 523 F.3d 893, 895–96 (8th Cir.2008).

Accordingly, we deny the petition for review.